HATTIE WANDZIOCH, an Infant, etc., Respondent, v. STEPHEN FINCEL and
Another, Appellants.— Judgment affirmed, with costs. All concur. Present —
Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AGNES WANDZIOCH, Respondent, v. STEPHEN FINCEL and Another, Appel-
lants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J.,
Clark, Sears, Crouch and Taylor, JJ.

HAROLD F. GIESER, Respondent, v. TOWN OF AMHERST and Others, Appel-
lants.— Order reversed on the law, with ten dollars costs and disbursements,
and motion denied, with ten dollars costs. (See Safee v. City of Buffalo, 204
App. Div. 561; People v. Hallin, 217 id. 816; affd., 244 N. Y. 586.) All concur,
except Sawyer, J., who dissents and votes for affirmance on the ground that the
order is discretionary and that no sufficient facts are shown to warrant our inter-
ference with the discretionary action of the Special Term. Present — Hubbs,
P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPH PERSICO and Another, Appellants, v. HATTIE L. GUERNSEY and Others,
Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs,
P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LILLIAN LAPIDES, an Infant, etc., Respondent, v. EQUITABLE SURETY COMPANY
OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Pres-
ent — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WAWZYN NOWAK, Appellant, v. BROTHERHOOD OF AMERICAN YEOMEN, Respond-
ent.— Motion for reargument denied, with ten dollars costs. Motion for leave to
appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch
and Taylor, JJ.

MARY NOWAK and Another, Appellants, v. BROTHERHOOD OF AMERICAN
YEOMEN, Respondent.— Motion for reargument denied, with ten dollars costs.
Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J.,
Clark, Sears, Crouch and Taylor, JJ.

HERBERT A. EHRHARDT, Appellant, v. PEOPLE'S BANK OF BUFFALO, Respond-
ent.— Motion to amend remittitur so as to direct judgment for plaintiffs instead
of granting a new trial, denied. Present — Clark, Sears, Crouch, Taylor and
Sawyer, JJ.

LYDIA D. EHRHARDT, Appellant, v. PEOPLE'S BANK OF BUFFALO, Respondent.
— Motion to amend remittitur so as to direct judgment for plaintiff instead of
granting a new trial, denied. Present — Clark, Sears, Crouch, Taylor and
Sawyer, JJ.

EDWARD SCHMIDT, Individually and as Trustee, etc., of THERESA STEFFAN,
Deceased, Appellant, v. ROSE A. KING, as Cotrustee, etc., and Others, Respond-
ents.— Motion for leave to appeal to Court of Appeals granted. Present —
Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Arbitration between WILLIAM A. HIGGINS COMPANY,
Appellant, and S. M. FLICKINGER COMPANY, INCORPORATED, Respondent.—
Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J.,
Clark, Sears, Taylor and Sawyer, JJ.